Lucy E. Gilbert, as Surviving Trustee, etc., of Louise E. McDougall, Deceased, Respondent, v. Title Guarantee and Trust Company, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

The People of the State of New York, Respondent, v. Andrew McLaughlin, Appellant. — Judgment unanimously reversed, the information dismissed and the fine remitted. The evidence fails to establish beyond a reasonable doubt that the defendant was guilty of the crime charged in the information. Under the circumstances appearing in the record, the defendant should have been acquitted. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

The People of the State of New York, Respondent, v. Joseph Kimball, Appellant. — Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

David H. Blair and J. Gilmer Korner, Jr., Appellants, v. Nathan Scharlin, Respondent. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Henry Isasi, Respondent, v. Thomas E. Murray, Jr., as Receiver of Interborough Rapid Transit Company, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Susan L. Marsh and Ebenezer M. Marsh, Appellants, v. American Telephone & Telegraph Company, Respondent. Susan L. Marsh and Ebenezer M. Marsh, Appellants, v. United States Steel Corporation, Respondent. Susan L. Marsh and Ebenezer M. Marsh, Appellants, v. Irving Trust Company, Respondent. Susan L. Marsh and Ebenezer M. Marsh, Appellants, v. American Smelting & Refining Company, Respondent. — Judgments unanimously affirmed, with one bill of costs to the respondents. No opinion. Present — Martin, P. J., Glennon, Dore and Callahan, JJ.

E. T. C. Corporation, Appellant, v. Title Guarantee and Trust Company, Respondent. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Bishop's Service, Inc., Respondent, v. Walter E. Bishop, Doing Business as Bishop's Reports, and Bishop's Reports Incorporated, Appellants. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.